FILED
JUL 20 2020
DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY:_____DEPUTY

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Oklahoma

In re  Alford J. Nichols
Roselle Nichols; aka Roselle Beck  ,     Case No. 18-10434

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series III Trust            LSF9 Master Participation Trust
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):  25-1
should be sent:                                     Amount of Claim:  $104,472.52
  c/o SN Servicing Corporation                      Date Claim Filed:  04/10/2018
  323 Fifth Street
  Eureka, CA 95501

Phone: 800.603.0836                                 Phone: _____
Last Four Digits of Acct #: 4830                    Last Four Digits of Acct. #: 6965

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                          Date: 07/16/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.